COMMONWEALTH of Pennsylvania, Respondent

v.

**Jeffrey SANTANA, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 28, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of February, 2013, the Petition for Allowance of Appeal is **DISMISSED** as improvidently filed; said dismissal is predicated on defects in the counseled petition, and is without prejudice to any rights petitioner may have pursuant to the Post Conviction Relief Act.

BOROUGH OF DOWNINGTOWN and Council of the Borough of Downingtown

v.

**FRIENDS OF KARDON PARK, Ann M. Feldman, Marion Ungrich, Evelyn Hopkins, Progressive Housing Ventures, LLC, J. Loew & Associates, Inc., Kim Manufacturing Co., Stewart Hall, L.P. and Commonwealth of Pennsylvania, Attorney General.**

Cross Petition of Kim Manufacturing Co. and Stewart Hall, L.P.

Supreme Court of Pennsylvania.

March 21, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of March, 2013, the Application for Post–Submission Communication is **GRANTED.** The Cross Petition for Allowance of Appeal is **DENIED.**